1 | Thomas M. Kerr (State Bar No. 241530)
2 | HOLME ROBERTS & OWEN LLP
  | 560 Mission Street, 25th Floor
3 | San Francisco, CA 94105-2994
  | Telephone: (415) 268-2000
4 | Facsimile: (415) 268-1999
  | tom.kerr@hro.com
5 |
6 | Attorneys for Plaintiffs
  | CAPITOL RECORDS, INC.; AND SONY
7 | BMG MUSIC ENTERTAINMENT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION        *E-FILED - 9/7/06*

| CAPITOL RECORDS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, | Case No.: C06-2049 RMW |
|---|---|
| Plaintiff, | Honorable Ronald Whyte |
| v. | **STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE** AND ORDER |
| CHARLES ABADIE, | |
| Defendant. | |

1  Plaintiffs and Defendant, through their respective counsel, hereby stipulate to vacate the Case Management Conference currently set for September 8, 2006, at 10:30 a.m. The parties have come to a settlement in this action, and the settlement documents are now being finalized. Plaintiffs and Defendant therefore request sixty days (60) to file the dispositional documents for this settlement.

Dated: September 1, 2006             HOLME ROBERTS & OWEN LLP


By:      /s/ Thomas M. Kerr
         Thomas M. Kerr
         Attorneys for Plaintiffs
         CAPITOL RECORDS, INC.; AND SONY BMG
         MUSIC ENTERTAINMENT


Dated: September 1, 2006             LAW OFFICES OF JAMES MCELROY


By:
         Jayson Lorenzo
         Attorneys for Defendant
         CHARLES ABADIE

STIPULATION TO VACATE CMC
Case No. C06-2049 RMW
#23917 v1

1  Plaintiffs and Defendant, through their respective counsel, hereby stipulate to vacate
2  the Case Management Conference currently set for September 8, 2006, at 10:30 a.m. The parties
3  have come to a settlement in this action, and the settlement documents are now being finalized.
4  Plaintiffs and Defendant therefore request sixty days (60) to file the dispositional documents for this
5  settlement.

Dated: September 1, 2006        HOLME ROBERTS & OWEN LLP

By: ___/s/ Thomas M. Kerr___
Thomas M. Kerr
Attorneys for Plaintiffs
CAPITOL RECORDS, INC.; AND SONY BMG
MUSIC ENTERTAINMENT

Dated: September 1, 2006        LAW OFFICES OF JAMES MCELROY

By: _____
Jayson Lorenzo
Attorneys for Defendant
CHARLES ABADIE

IT IS SO ORDERED.

A Case Management Conference has been set for November 17, 2006 @ 10:30 a.m.
If the settlement is final, counsel shall file a dismissal with the Court by November 14,
2006, and contact the Courtroom Deputy at (408) 535-5375, so to take this matter off
calendar.  (rmw)

/s/ Ronald M. Whyte
Date: 9/7/06        ---------------------------------
U.S. DISTRICT JUDGE

2

STIPULATION TO VACATE CMC
Case No. C06-2049 RMW
#23917 v1